LODGED
CLERK, U.S. DISTRICT COURT
JUL 16 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

FILED
CLERK U.S. DISTRICT COURT
JUL 17 2009
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 08-240 JFW |
| Plaintiff, | (Proposed) ORDER GRANTING DEFENDANT FULLER'S MOTION TO CONTINUE THE TRAIL DATE |
| v | |
| CHANCEY TERREL FULLER, | |
| Defendant. | |

GOOD CAUSE APPEARING, the Trial Date is continued from July 28, 2009 until _____, at ____ am.

Dated: July ___, 2009

DENIED For reasons stated on the record on 7/17/09

Honorable JOHN F WALTER
United States District Judge

Submitted by:

[signature]

CHANCEY TERREL FULLER
03289-061
Box 1500    MDC-LA
Los Angeles   CA   90053
Phone/Fax/E-Mail: None

DENIED
BY ORDER OF
UNITED STATES DISTRICT JUDGE
ON 7/17/09

PROOF OF SERVICE BY MAIL

I, the undersigned, state;

I am over the age of 18 years, a resident of Los Angeles County, CA, and not a party to the herein action.

On July 11, 2009, I served a ture copy of the herein (Proposed) ORDER GRANTING MOTION TO CONTINUE TRIAL DATE on the below listed parties, by depositing same in an envelope, with sufficient postage thereon, in the outgoing mailbox at the MDC-LA, addressed as follows:

AUSA CHRISTOPHER PELHAM
312 N Spring Street
Los Angeles CA 90012

My name is Robert Young, my address is Box 1500 Los Angeles CA 90053.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2009, at Los Angeles CA.

Robert Young